ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Paul Ortiz
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562-980-4069

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KOO'S 108,<br><br>    Defendant. | CIVIL CASE NO. **06-00029**<br><br>**APPLICATION FOR AND ORDER JUDICIALLY AUTHORIZING WARRANT FOR ARREST** |

Plaintiff, United States of America, hereby applies to this Court for an Order authorizing the arrest of the defendant, **KOO'S 108**, a fishing vessel which is located within the jurisdiction of this Honorable Court. As more fully appears in the verified Complaint filed herewith, Plaintiff seeks to enforce action in admiralty for violation of provisions of the Magnuson-Stevens Fishery Conservation and Management Act (MFCMA) (See Fed.R.Civ.P. Rule C(1)(b) and 16 U.S.C. §§ 1858 (d) and 1860(a)),

rendered by the **KOO'S 108**. Based upon the alleged facts and under Supplemental Admiralty Rule C, the <u>in rem</u> seizure of the **KOO'S 108** is appropriate. Therefore, Plaintiff requests this Court to review this matter and to issue an order authorizing the issuance of service of process and a Warrant of Arrest against the defendant Vessel.

DATED this 2nd day of ~~September~~ October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

-2-