ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Paul Ortiz
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562- 980- 4069

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

UNITED STATES OF AMERICA,
Plaintiff,
vs.
KOO'S 108,
Defendant.

CIVIL CASE NO. 06-00029

**ERRATUM**

COMES NOW the United States and hereby submits to the Court an Erratum in the above matter, the attachments that were inadvertently omitted in its filing of the Affidavit of Jeffrey M. Pollack.

Respectfully submitted this 5th day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ______________________
MIKEL W. SCHWAB
Assistant U.S. Attorney



# ATTACHMENT A

# ATTACHMENT A-1

Plot B-2
KOOS 108
Dec 03 - Jan 04
■ Catch Report
◆ Observer report

High Seas

USA

1/2/2004

1/1/2004
5:36
3.93217, -174.584

1/1/2004

1/3/2004
6:24
2.65803, -178.751

1/2/2004
20:40
1.96197, -179.824

1/2/2004
13:40
1.31487, -178.58

1/2/2004
5:22
0.930583, -177.032

1/1/2004
18:07
1.87353, -174.259

1/1/2004
12:31 and 13:05
1.85212, -174.561

0 50 100
nautical miles

# ATTACHMENT B