# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: 671-472-7332
5  Fax: 671-472-7215

6  Paul Ortiz
   Senior Attorney
7  Office of General Counsel
   National Oceanic and Atmospheric Administration
8  501 West Ocean Blvd.
   Suite 4470
9  Long Beach, California 90802
   Tel: 562- 980- 4069
10

11 Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

DEC 22 2006

MARY L.M. MORAN
CLERK OF COURT

12              IN THE UNITED STATES DISTRICT COURT

13                          FOR THE

14                   TERRITORY OF GUAM

15 UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 06-00029
                                    )
16              Plaintiff,          )
                                    )    REQUEST FOR WITHDRAWAL
17         vs.                      )
                                    )
18 KOO'S 108,                       )
                                    )
19              Defendant.          )
   _____ )

20        The United States hereby requests withdrawal without prejudice of the Complaint in the

21 above entitled case pursuant to Fed. R.Civ.P. 41 (1)(i).

22        SO SUBMITTED this 21st day of December, 2006.

23

24                                  LEONARDO M. RAPADAS
                                    United States Attorney
25                                  Districts of Guam and NMI

26
                                    BY: _____
27                                  MIKEL W. SCHWAB
                                    Assistant U.S. Attorney
28