## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| United States of America, | Civil Case No. 1:06-cv-00029 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Koo's 108, | |
| Defendant. | |

**Judgment is hereby entered in accordance with the Notice of Voluntary Dismissal filed December 22, 2006.**

Dated this 26th day of December, 2006, Hagatna, Guam.

**/s/ Mary L.M. Moran**
Clerk of Court